# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Paul Zondo, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Department of Corrections and Rehabilitation, | ) | Case No. 1:19-cv-009 |
| | ) | |
| Defendant. | ) | |

On February 4, 2020, the parties filed a Stipulation to Amend Scheduling/Discovery Plan and Continue Final Pretrial Conference and Jury Trial. The court **ADOPTS** the parties' stipulation (Doc. No. 20). The pretrial deadlines are amended as follows:

1. The parties shall have until August 3, 2020, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff will disclose the names of retained experts and reports by August 3, 2020;

    b. Defendant will disclose the names of retained experts and reports by September 3, 2020; and

    c. Plaintiff will disclose any rebuttal reports by October 2, 2020.

3. The parties shall have until December 1, 2020, to complete discovery depositions of expert witnesses.

4. The parties shall have until November 2, 2020, to file other dispositive motions

1

(summary judgment as to all or part of the case).

The jury trial set for October 5, 2020, shall be rescheduled for April 26, 2021, at 9:00 a.m. in Bismarck before Judge Daniel M. Traynor. A four (4) day trial is anticipated. The final pretrial conference set for September 23, 2020, shall be rescheduled for April 13, 2021, at 10:00 a.m. by telephone before the magistrate judge. To participate in the conference, the parties should call the following telephone number and enter the following access code:

Tel. No. (877) 810-9415

Access Code: 8992581

The settlement conference set for January 13, 2020, shall be rescheduled for September 16, 2020, at 9:00 a.m. in Bismarck (courtroom #2) before the magistrate Judge.

**IT IS SO ORDERED.**

Dated this 6th Day February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court