# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Paul Zondo, ) | |
| ) | |
|     Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| North Dakota Department of Corrections ) | Case No. 1:19-cv-009 |
| and Rehabilitation, ) | |
| ) | |
|     Defendant. ) | |

A status conference will be held before the Magistrate Judge on August 6, 2020, at 2:30 p.m. CDT by telephone. To participate in the conference call, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2020.

                                                  */s/ Clare R. Hochhalter*
                                                Clare R. Hochhaalter, Magistrate Judge
                                                United States District Court