IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Paul Zondo, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| North Dakota Department of ) | |
| Corrections and Rehabilitation, ) | Case No. 1:19-cv–009 |
| ) | |
| Defendant. ) | |

The court shall schedule a status conference in the above-captioned action for July 19, 2023, at 11:00 AM CDT by telephone. To appear/participate, in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2023.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court